**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE JAMES MADISON PROJECT <br> 1250 Connecticut Avenue, N.W. <br> Suite 700 <br> Washington, D.C.  20036 <br><br> and <br><br> NOAH SHACHTMAN <br> The Daily Beast <br> 555 W. 18th Street <br> Fifth Floor <br> New York, NY 10011 <br><br> and <br><br> SAM STEIN <br> The Daily Beast <br> 555 W. 18th Street <br> Fifth Floor <br> New York, NY 10011 <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HEALTH <br> AND HUMAN SERVICES <br> 200 Independence Avenue, SW <br> Washington, D.C. 20201 <br><br> Defendant. | Civil Action No. 18-1513 |

**COMPLAINT**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, to seek expedited processing of a request for agency records submitted by the plaintiffs The James Madison Project, Noah Shachtman and Sam Stein to the defendant Department of Health and Human Services (and its subordinate entity).

## JURISDICTION

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff The James Madison Project ("JMP") is a non-partisan organization established in 1998 to promote government accountability and the reduction of secrecy, as well as educating the public on issues relating to intelligence and national security.

4. Plaintiff Noah Shachtman ("Shachtman") currently serves as the Editor-in-Chief of The Daily Beast, and is a representative of the news media.

5. Plaintiff Sam Stein ("Stein") currently serves as the Politics Editor for The Daily Beast, and is a representative of the news media.

6. Defendant Department of Health and Human Services ("HHS") is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession and/or control of the records requested by the plaintiffs that are the subject of this action. HHS controls – and consequently serves as the proper party defendant for litigation purposes for – the Administration for Children and Families ("ACF").

## FACTUAL BACKGROUND

7. This lawsuit is brought under the Freedom of Information Act ("FOIA"). It initially seeks expedited production of U.S. Government records outlining the process by which HHS has concluded that so-called "tent cities" can meet requisite legal, policy, and health and safety standards under U.S. law.

8. On June 12, 2018, it was reported that HHS is looking to build "tent cities" at military posts in Texas for the purpose of sheltering unaccompanied migrant children currently being held in detention. HHS is reportedly visiting Fort Bliss, Dyess Air Force Base and Goodfellow Air Force Base for potential use as temporary shelters. *http://www.nydailynews.com/news/national/ny-news-texas-tent-cities-migrant-children-20180612-story.html* (last accessed June 13, 2018).

9. On June 14, 2018, it was reported that Tornillo, Texas, had been selected as a site for the construction of a "tent city". *https://www.elpasotimes.com/story/news/immigration/2018/06/14/trump-administration-picks-tornillo-tent-site-immigrant-kids/703455002/* (last accessed June 25, 2018). HHS confirmed that such facilities were being erected in Tornillo, Texas. *https://www.usatoday.com/story/news/2018/06/15/tent-cities-immigrant-children-texas-backlash/705562002/* (last accessed June 25, 2018).

10. Subsequent reports have relied upon information provided by lawmakers in contending that these "tent cities" include children who were separated from their parents upon illegally crossing into the United States. *https://www.msn.com/en-us/news/us/rob-reiner-julian-castro-among-protesters-calling-to-free-kids-from-texas-tent-city/ar-AAz6leC* (last accessed June 25, 2018).

11. This FOIA lawsuit seeks expedited processing and ultimate disclosure of HHS records outlining the agency's evaluation of relevant policy and legal factors in determining what is required in the construction and maintenance of "tent cities" for migrant children.

## **COUNT ONE (HHS) – EXPEDITED PROCESSING**

12. The plaintiffs, JMP, Shachtman, and Stein (hereinafter referred to collectively as "the Requesters"), repeat and reallege paragraphs 8 through 10 above, inclusive.

13. By letter dated June 13, 2018, the Requesters submitted to HHS a FOIA request.

14. The FOIA request specifically sought copies of records, including cross-references, memorializing the following:

   1) Final legal and/or policy determinations regarding the creation of the "tent cities", including, but not limited to, applicable health and safety standards that have to be met, criteria for identifying unaccompanied minors who would be held in the "tent cities", and standards for ensuring protection of the legal rights (if any) of those unaccompanied minors;

   2) Any communications – including verbal communications memorialized in writing – among HHS officials, between HHS officials and other U.S. Government officials, and/or between HHS officials and local government officials in Texas regarding the creation of the "tent cities".

15. In the FOIA request, the Requesters sought expedited processing.

16. By letter dated June 18, 2018, HHS acknowledged receipt of the FOIA request and designated it as Request No. 2018-01084-FOIA-OS. HHS stated that the request was being referred to its ACF component. No determination regarding expedited processing was mentioned in the letter.

17. HHS was required to issue a determination on the request for expedited processing "within 10 days after the date of the request." 5 U.S.C. § 552(a)(6)(E)(ii)(I). Thus, a response was due no later than June 23, 2018.

18. To date, no substantive response has been received by the Requesters from HHS regarding expedited processing. The Requesters have constructively exhausted all required administrative remedies for seeking expedited processing.

WHEREFORE, plaintiffs The James Madison Project, Noah Shachtman and Sam Stein pray that this Court:

(1) Order the defendant federal agency to grant expedited processing to the plaintiffs;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d);

(3) Expedite this action in every way pursuant to 28 U.S.C. § 1657(a); and

(4) Grant such other relief as the Court may deem just and proper.

Date:   June 26, 2018

Respectfully submitted,

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiffs