UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MADISON PROJECT,** *et al.* : | |
| : | |
| v. : | |
| : | Civil No.: 18-cv-1513-CKK |
| **U.S. DEPARTMENT OF HEALTH AND** : | |
| **HUMAN SERVICES,** : | |
| : | |
| **Defendant.** : | |

**THE PARTIES' JOINT MOTION TO VACATE MOTION FOR SUMMARY JUDGMENT DEADLINE *AND* STATUS REPORT**

Pursuant to Fed. R. Civ. P. 6(b), the parties respectfully and jointly request that the Court vacate the deadline for Defendant to file its Motion for Summary Judgment in this case as Defendant has not completed processing and producing documents in this Freedom of Information Act (FOIA) matter. In that connection, the parties respectfully report the following status of the case:

1. As the Court observed in its October 7, 2019 Minute Order, Defendant updated its document productions to make additional releases to Plaintiff. Defendant also provided a *Vaughn* Index to Plaintiff in order to narrow the issues for summary judgment briefing purposes. See Oct. 7, 2019 Min. Order.

2. The parties conferred on Defendant's withholdings and redactions under FOIA Exemption (b)(6) and Plaintiff has agreed to withdraw its challenge to Defendant's redactions of signatures, cell phone numbers, and meeting passcodes under FOIA Exemption (b)(6). This agreement eliminates from contention certain redactions in more than fifty pages of documents.

3. Plaintiff continues to contest Defendant's redactions or withholding of non-agency employees' identities and photographs under FOIA Exemption (b)(6), which implicates

approximately ten pages of documents. In addition, Plaintiff maintains its challenge of all withholdings or redactions under FOIA Exemption (b)(5).

4. It appears that Defendant has not completed its productions of documents and has 241 pages of documents that it needs to process and produce to Plaintiff.[1]

5. The 241 pages of documents contain information that belong to both Defendant and other entities, including the U.S. Department of Homeland Security (DHS), U.S. General Services Administration (GSA), and the Office of the Secretary of the U.S. Health and Human Services.

6. Defendant will process the information belonging to the agency for document production purposes, and refer the remaining information to the affected entities for those entities to make any "direct release" determination to Plaintiff.

7. Defendant will complete processing the 241 pages of documents by October 30, 2019, and produce, either in whole or in part, of information belonging to the agency.

8. By that date, Defendant intends to produce a revised *Vaughn* Index to Plaintiff that captures the newly processed documents.

9. Given that Defendant is still processing documents to be disclosed to Plaintiff, the parties respectfully request that the Court vacate all briefing deadlines and permit the parties to submit a Joint Status Report by November 1, 2019, to apprise the Court on the status of this case.

10. For the foregoing reasons, the parties jointly request that the Court vacate Defendant's motion for summary judgment deadline and order that the parties submit a Joint Status Report on November 1, 2019.

---

[1] The undersigned counsel apologizes to the Court and Plaintiff's counsel for raising the document production issues on the deadline of Defendant's motion for summary judgment. More importantly, the undersigned counsel apologizes to the Court for violating the four-day rule affecting court-ordered deadlines.

Counsel for Plaintiff reviewed this Joint Motion and Status Report and approves its filing.

Dated: October 21, 2019          Respectfully submitted,

                                            JESSIE K. LIU
                                            D.C. BAR # 472845
                                            United States Attorney

                                            DANIEL F. VAN HORN
                                            D.C. BAR # 924092
                                            Chief, Civil Division

                           By:      _____//s_____
                                            JOHN C. TRUONG
                                            D.C. BAR #465901
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            Tel: (202) 252-2524
                                            E-mail: John.Truong@usdoj.gov
                                            Counsel for the Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MADISON PROJECT,** *et al*. : | |
| : | |
| v. : | |
| : | Civil No.: 18-cv-1513-CKK |
| : | |
| **U.S. DEPARTMENT OF HEALTH AND** : | |
| **HUMAN SERVICES,** : | |
| : | |
| **Defendant.** : | |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion and Status Report and the entire record herein, it is this ___ day of _____, 2019,

**ORDERED** that Parties' Joint Motion is hereby GRANTED;

**ORDERED** that the deadline for Defendant's Motion for Summary Judgment is VACATED; and

**IT IS FURTHER ORDERED** that the Parties shall submit a Joint Status Report on or before November 1, 2019, to apprise the Court on the status of this case.

**SO ORDERED.**

_____
United States District Judge